PROB 12B
(7/93)

# United States District Court

## for

## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Loren Star White

Cr.: 09-000451-001
PACTS Number: 54468

Name of Sentencing Judicial Officer: Honorable Stanley R. Chesler
United States District Judge

Date of Original Sentence: 12/07/09

Original Offense: Armed Bank Robbery

Original Sentence: 78 months incarceration; 3 years supervised release. Special conditions: drug testing/treatment; financial disclosure; mental health treatment; no new debt; and DNA testing.

Type of Supervision: Supervised Release                Date Supervision Commenced: N/A

## PETITIONING THE COURT

[ ]   To extend the term of supervision for          Years, for a total term of          Years.
[X]   To modify the conditions of supervision as follows.  The addition of the following special condition(s):

OTHER CONDITION

The offender shall submit to a search of his/her person, property, vehicle, place of residence or any other property under his/her control, based upon reasonable suspicion, and permit confiscation of any evidence or contraband discovered.

## CAUSE

The offender is currently incarcerated in the Bureau of Prisons and is scheduled to be released on December 28, 2014, to the Western District of New York to reside with his mother. The release plan was approved by the probation office contingent upon the offender agreeing to a modification of his conditions of release to include the above search condition.

Respectfully submitted,

*Susan E. Karlak*

By:  Susan E. Karlak
      Senior U.S. Probation Officer
Date:  03/13/14

THE COURT ORDERS:

[X] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

3/17/14
_____
Date